IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-CV-02375-LTB-CBS

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO, an express trust;
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL TRUST FUND, an express trust;
WESTERN COLORADO PIPE TRADES JOINT APPRENTICESHIP TRAINING FUND, an express trust,
and
PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 145, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, an unincorporated association,

Plaintiffs,

v.

ALLIANCE MECHANICAL, INC., a Colorado corporation,

Defendant.

## CONSENT ORDER

Plaintiffs, Trustees of the Pipe Industry Health and Welfare Fund of Colorado, an express trust, Colorado Pipe Industry Annuity and Salary Deferral Trust Fund, an express trust, Western Colorado Pipe Trades Joint Apprenticeship Training Fund, an express trust ("Trustees" and "Trust Funds"), and Plumbers and Pipefitters Local Union No. 145, United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, an unincorporated association ("Union"), through their undersigned counsel, and Defendant, Alliance Mechanical, Inc., ("Alliance") through its undersigned authorized representative and principal officer,

1

have negotiated an agreement to settle all claims and issues between them in this action, and each consents to the entry of this Consent Order by the Court as the sole and complete memorialization of the terms of such agreement.

1. This action was filed by the Plaintiff Trustees as fiduciaries of the Trust Funds under Section 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1145. The Complaint alleges that Defendant Alliance violated Section 515 of ERISA by failing to pay fringe benefit contributions to the Trust Funds as required by its collective bargaining agreement with the Union. The Union seeks to recover delinquent Union dues owed by Alliance under the terms of the collective bargaining agreement.

2. Defendant Alliance acknowledges service of the Complaint and admits that the Court has jurisdiction over the parties and the subject matter of this action.

3. The parties expressly waive findings of fact and conclusions of law and consent to the entry of this Order as a full and complete resolution of all of the claims and issues arising between them in this action, without trial or adjudication of any fact or law raised in the Complaint.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that:

## I. JURISDICTION

This Court has jurisdiction over the parties to this Order and the subject matter of this action and is empowered to provide the relief herein pursuant to Section 502(e)(1), (f), and (g)(2) of ERISA, 29 U.S.C. § 1132(e)(1). (f), and (g)(2), and Section 301(a) of the Labor-Management Relations Act, 29 U.S.C. § 185(a), and 28 U.S.C. § 1331.

## II. JUDGMENT FOR UNPAID CONTRIBUTIONS AND INTEREST

A. Alliance knowingly, intelligently, and irrevocably consents to entry of judgment against it in the amount of $30,881.46 for unpaid fringe benefit contributions and Union dues owed to the Plaintiff Trustees and Union, and $4,233.46 in interest due and owing on the unpaid contributions to the date of this Order.

B. Alliance acknowledges and agrees that the unpaid contributions and interest are due and owing under the terms of its collective bargaining agreement with the Union, as alleged in the Complaint.

C. Alliance understands and agrees that by consenting to judgment, it is waiving its right to trial and to assert any defense to the claims set forth in the Complaint.

D. Alliance agrees and understands that the judgment entered by the Court pursuant to this Consent Order will be a final judgment enforceable in this Court, and that a Certificate of Judgment will be issued by the Clerk of this Court and recorded in the real estate records of any county in which Alliance owns real property, which Certificate of Judgment shall become a lien against any real property owned by Alliance in such county.

## III. STAY OF ENFORCEMENT

A. In consideration of Alliance's consent to this Order, Plaintiffs agree to forebear enforcement of the judgment for the period of six months from the date Alliance enters into this Consent Order, or the date that Alliance sells its real property, whichever occurs sooner.

B. In further consideration of this Consent Order, Plaintiffs agree to forego enforcement of their right to collect attorneys fees and liquidated damages on the unpaid contributions, provided that Alliance pays the unpaid contributions and interest out of the proceeds from the sale of its real

property, or otherwise, within six months of the date on which the parties enter into this Consent Order.

## IV.  REPRESENTATIVES

The undersigned representatives each expressly acknowledge and represent that they are authorized and empowered to execute this Consent Order on behalf of the parties represented.

## V.  ENTRY OF JUDGMENT

The Court finds there is no just reason to delay the entry of this Order and, pursuant to F.R.C.P. 54(b), expressly directs the entry of this Consent Order as a final order of the Court.

Judgment is hereby entered in favor of the Plaintiffs and against the Defendant in the amount of $30,881.46 for unpaid fringe benefit contributions and Union dues, and interest in the amount of $4,233.46 for interest on the unpaid contributions to the date of this Order.  Interest on this judgment shall accrue at the legal rate until the judgment is paid.

ENTERED this    28th    day of     December     , 2006.

BY THE COURT:

   s/Lewis T. Babcock
United States District Judge

The parties, by their undersigned counsel or representative, hereby consent to the entry of this Order:

| **Plaintiffs**: | **Defendant**: |
|---|---|
| TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO, an express trust; | ALLIANCE MECHANICAL, INC., a Colorado corporation |
| TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL TRUST FUND, an express trust; | By    *s/ Ronald R. Aho*<br>Ronald Robert Aho, President<br>P.O. Box 1855<br>Eagle, CO 81631-1855<br>Telephone: (970) 328-0303<br>Facsimile:   (970) 328-0378 |
| WESTERN COLORADO PIPE TRADES JOINT APPRENTICESHIP TRAINING FUND, an express trust, | |
| snd | Dated:    12/5/06 |
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 145, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, an unincorporated association, | |

By  BERENBAUM, WEINSHIENK & EASON, P.C.

*s/ Martin D. Buckley*
Martin D. Buckley
Michael J. Belo
48th Floor Republic Plaza
370 17th Street
Denver, CO  80202-5698
Telephone: (303) 825-0800
Facsimile:  (303) 629-7610
Email:   **mbuckley@bw-legal.com**
Attorneys For Plaintiffs

Dated:   12/11/06

S:\ORDERS\06-cv-02375-2.wpd (MDB) 11/29/06